UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JONATHAN CARDENAS OROZCO, on behalf :
of himself and other similarly situated, :
         Plaintiff, : **ORDER**
   :
v. : 21 CV 1902 (VB)
   :
CWS AMSTERDAM AVE, INC., CWS :
YONKERS, INC., CWS YONKERS 2, INC., :
AHMED AMIN, TONY DE DESISSO, and MD :
R CHOWDHURY, :
         Defendants. :
------------------------------------------------------------x

    The Court has been advised that the parties have reached a settlement in principle in this FLSA case.

    By June 21, 2021, counsel shall submit an application for approval of the settlement, as required by Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015).

Dated: May 20, 2021
       White Plains, NY

                        SO ORDERED:

                        Vincent L. Briccetti
                        United States District Judge