Case 7:21-cv-01902-VB   Document 26   Filed 07/29/21   Page 1 of 2

Case 7:21-cv-01902-VB   Document 25   Filed 07/28/21   Page 1 of 2

DocuSign Envelope ID: C20052DD-9155-4EF7-8609-9390D3784649
Case 7:21-cv-01902-VB   Document 22-1   Filed 07/09/21   Page 13 of 14

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JONATHAN CARDENAS OROZCO on behalf of
himself and others similarly situated,

                Plaintiff,

-against-

CWS AMSTERDAM AVE, INC., CWS YONKERS,
INC., CWS YONKERS 2, INC., AHMED AMIN,
TONY DEDESISSO, and MD R CHOWDHURY,

                Defendants.
----------------------------------------------------------------X

Case No. 21-CV-01902 (VB)

**STIPULATION AND (PROPOSED) ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel,

that, should the Court grant permission, the above-entitled action, and all claims asserted therein,

shall be dismissed with prejudice as to all Defendants.

| LAW OFFICE OF MOHAMMED GANGAT | ELLENOFF GROSSMAN & SCHOLE LLP |
|---|---|
| By: _____ <br> Mohammad Gangat <br> 675 Third Avenue, Suite 1810 <br> New York, NY 10017 <br> Tel: (718) 669-0714 <br> *Attorney for Plaintiff* | By: _____ <br> Ilan Weiser, Esq. <br> 1345 Avenue of the Americas, 11th Floor <br> New York, NY 10105 <br> Tel: (212) 370-1300 <br> *Attorneys for the Individual Defendants* |

ECKERT SEAMANS CHERIN & MELLOTT, LLC

By: _____
David Weissman
10 Bank Street, Suite 700
White Plains, NY 10606
Tel: (914) 286-2807
*Attorneys for the Corporate Defendants*

Dated: _____, 2021          Dated: _____, 2021

{00970390.DOCX.2}          10

Case 7:21-cv-01902-VB   Document 26   Filed 07/29/21   Page 2 of 2

Case 7:21-cv-01902-VB   Document 25   Filed 07/28/21   Page 2 of 2

DocuSign Envelope ID: C20052DD-9155-4EE7-B8D8-B390D3784849
Case 7:21-cv-01902-VB   Document 22-1   Filed 07/09/21   Page 14 of 14

SO ORDERED THIS 29th DAY OF July 2021

_____
HON. VINCENT L. BRICCETTI, U.S.D.J.